Lloyd Winawer (SBN 157823)
*lwinawer@goodwinprocter.com*
**GOODWIN PROCTER LLP**
601 South Figueroa Street, 41st Floor
Los Angeles, California 90017-5704
Telephone: 213-426-2500
Facsimile: 213-623-1673

Brian E. Pastuszenski
*bpastuszenski@goodwinprocter.com*
Alexis L. Shapiro
*ashapiro@goodwinprocter.com*
**GOODWIN PROCTER LLP**
53 State Street
Boston, Massachusetts 02109
Telephone: 617-570-1000
Facsimile: 617-523-1231

*Attorneys for Defendant*
*Countrywide Financial Corporation*

(additional counsel on signature pages)

**Goodwin Procter LLP**
**10250 Constellation Blvd., 21st Floor**
**Los Angeles, California 90067**

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHILDREN'S HOSPITAL & MEDICAL CENTER FOUNDATION OF OMAHA, et al.,<br><br>Plaintiffs,<br><br>Vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.<br><br>Defendants. | **CASE NO. CV-11-02056-MRP (MANx)**<br><br>**ORDER SETTING SCHEDULE TO ANSWER, MOVE AGAINST OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Courtroom: 12<br>Judge: Mariana R. Pfaelzer |

Goodwin Procter LLP
10250 Constellation Blvd., 21st Floor
Los Angeles, California 90067

Based upon the Parties' Stipulation Setting Schedule to Answer, Move Against or Otherwise Respond to Complaint, dated April 21, 2011, and good cause appearing therefore;

IT IS HEREBY ORDERED as follows:

1. The Defendants shall respond to the Complaint on or before May 20, 2011.
2. The Plaintiffs shall file any oppositions to Defendants' Motions to Dismiss the Complaint on or before June 20, 2011.
3. The Defendants shall file any Replies in Support of Their Motions to Dismiss the Complaint on or before July 20, 2011.

IT IS SO ORDERED

Dated: April 21, 2011

Mariana R. Pfaelzer
HON. MARIANA R. PFAELZER
UNITED STATES DISTRICT JUDGE