Bingham McCutchen LLP
GWYN QUILLEN (SBN 138428)
J. WARREN RISSIER (SBN 197939)
The Water Garden
Fourth Floor, North Tower
1620 26th Street
Santa Monica, CA 90404-4060
Telephone: 310.907.1000
Facsimile: 310.907.2000
Email: gwyn.quillen@bingham.com
hardy.callcott@bingham.com
warren.rissier@bingham.com

Bingham McCutchen LLP
TODD E. GORDINIER (SBN 82200)
EDWARD S. KIM (SBN 192856)
CRAIG A. TAGGART (SBN 239168)
600 Anton Boulevard, 18th Floor
Costa Mesa, CA 92626-1924
Telephone: 714.830.0600
Facsimile: 714.830.0700
Email: todd.gordinier@bingham.com
edward.kim@bingham.com
craig.taggart@bingham.com

Attorneys for Defendant KPMG LLP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHILDREN'S HOSPITAL & MEDICAL CENTER FOUNDATION OF OMAHA HASTINGS COLLEGE FOUNDATION, PETER KIEWIT FOUNDATION, WEITZ VALUE FUND, WEITZ PARTNERS VALUE FUND, WEITZ HICKORY FUND, WEITZ BALANCED FUND, RESEARCH FUND, PARTNERS III OPPORTUNITY FUND, and HEIDER WEITZ PARTNERSHIP,

Plaintiffs,

v.

COUNTRYWIDE FINANCIAL CORPORATION, ANGELO R. MOZILO, DAVID SAMBOL, ERIC P. SIERACKI, and KPMG LLP,

Defendants.

Case No. CV 11-02056 MRP (MANx)

**DEFENDANT KPMG LLP'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**

[Memorandum of Points & Authorities, Request for Judicial Notice, and Proposed Order filed concurrently]

Date: August 8, 2011
Time: 11:00 a.m.
Ctrm: 12
Judge: Mariana R. Pfaelzer

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 8, 2011, at 11:00 a.m. or as soon thereafter as the matter may be heard, before the Honorable Mariana R. Pfaelzer, United States District Judge, located at 312 N. Spring Street, Los Angeles, California 90012, Defendant KPMG LLP will and hereby does move this Court for an order dismissing all claims against KPMG in the Complaint, specifically Counts I, III and IV, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §§ 78u-4(b)(1), 78u-4(b)(2)(A), 78u-4(b)(3)(A), and 78u-4(b)(4), and Rules 8(a)(2), 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure. This Motion is made on the grounds that Plaintiffs' Complaint fails to state a claim on which relief can be granted and fails to plead facts with particularity under Federal Rule of Civil Procedure 9(b) and the PSLRA.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on May 12, 2011.

This Motion is based on this Notice of Motion, the Memorandum of Points and Authorities in Support of this Motion, KPMG's Request for Judicial Notice and exhibits thereto, Countrywide Financial Corporation's Request for Judicial Notice and exhibits thereto, all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at or before the time of the hearing. KPMG also joins and adopts in their entirety the additional grounds for dismissal asserted in Countrywide Financial Corporation's motion to dismiss filed on May 20, 2011.

DATED: May 20, 2011

Respectfully submitted,

Bingham McCutchen LLP

By: /s/
J. Warren Rissier
Attorneys for Defendant KPMG LLP