IRELL & MANELLA LLP
David Siegel (101355)
dsiegel@irell.com
Daniel P. Lefler (151253)
dlefler@irell.com
Adam Fletcher (247949)
afletcher@irell.com
Alexander F. Porter (258597)
aporter@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Defendant
Angelo Mozilo

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHILDREN'S HOSPITAL & MEDICAL CENTER FOUNDATION OF OMAHA, HASTINGS COLLEGE FOUNDATION, PETER KIEWIT FOUNDATION, WEITZ VALUE FUND, WEITZ PARTNERS VALUE FUND, WEITZ HICKORY FUND, RESEARCH FUND, PARTNERS III OPPORTUNITY FUND, and HEIDER WEITZ PARTNERSHIP<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, ANGELO R. MOZILO, DAVID SAMBOL, ERIC P SIERACKI, and KPMG LLP.<br><br>Defendants. | Case No. CV 11-02056 MRP (MANx)<br><br>**ANGELO MOZILO'S NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT**<br><br>Date: August 8, 2011<br>Time: 11:00 a.m.<br>Ctrm: 12<br>Judge: Hon. Mariana R. Pfaelzer |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, on August 8, 2011, at 11:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Mariana R. Pfaelzer, United States District Judge, located at 312 North Spring Street, Courtroom 12, Los Angeles, California, 90012, defendant Angelo Mozilo ("Mozilo") will and hereby does move for an order dismissing all claims alleged in the plaintiffs' Complaint pursuant to the Federal Rules of Civil Procedure 12(b)(6), 9(b), and 8(a)(2), and the provisions of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §§ 78u-4(b)(1), 78u-4(b)(2), 78u-5(c).

The grounds for this motion are that the Complaint does not state a claim upon which relief can be granted and fails to plead facts with the particularity required by Rule 9(b) and the PSLRA.

This motion is made based upon this Notice of Motion, the Memorandum of Points and Authorities in support thereof, the Request for Judicial Notice, the Declaration of Daniel P. Lefler and exhibits thereto filed herewith, and all papers, pleadings, documents, arguments of counsel, and other materials presented before or during the hearing on this motion, and any other evidence and argument the Court may consider. Mozilo also joins in and adopts, to the extent applicable, the grounds for dismissal asserted in the motion to dismiss filed in this Court by Countrywide Financial Corporation on May 20, 2011.

///

///

///

///

///

///

///

Pursuant to Local Rule 7-3, counsel for Mozilo conferred telephonically with counsel for plaintiffs regarding this motion on May 12, 2011. The parties were unable to reach an agreement.

Dated: May 20, 2011

IRELL & MANELLA LLP
David Siegel
Daniel P. Lefler
Adam Fletcher
Alexander F. Porter

By: /s/ David Siegel
David Siegel
Attorneys for Defendant
Angelo Mozilo