Lloyd Winawer (SBN 157823)
*lwinawer@goodwinprocter.com*
**GOODWIN PROCTER LLP**
601 South Figueroa Street, 41st Floor
Los Angeles, California 90017-5704
Telephone: 213-426-2500
Facsimile: 213-623-1673

Brian E. Pastuszenski
*bpastuszenski@goodwinprocter.com*
Alexis L. Shapiro
*ashapiro@goodwinprocter.com*
Mitchell D. Webber *(Pro Hac Vice)*
*mwebber@goodwinprocter.com*
**GOODWIN PROCTER LLP**
53 State Street
Boston, Massachusetts 02109
Telephone: 617-570-1000
Facsimile: 617-523-1231

*Attorneys for Defendant*
Countrywide Financial Corporation

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

CHILDREN'S HOSPITAL & MEDICAL CENTER FOUNDATION OF OMAHA, et al.,

Plaintiffs,

vs.

COUNTRYWIDE FINANCIAL CORPORATION, et al.

Defendants.

**CASE NO. CV-11-02056-MRP (MANx)**

**~~[PROPOSED]~~ ORDER GRANTING STIPULATION TO EXTEND PAGE LIMITS FOR DEFENDANTS' REPLY MEMORANDA IN FURTHER SUPPORT OF THEIR MOTIONS TO DISMISS PLAINTIFFS' COMPLAINT**

Courtroom: 12
Judge: Mariana R. Pfaelzer

Based upon the Parties' Stipulation to Extend Page Limits for Defendants' Reply Memoranda in Further Support of Motions to Dismiss Plaintiffs' Complaint, dated July 8, 2011, and good cause appearing therefore;

IT IS HEREBY ORDERED as follows:

Countrywide shall file a reply memorandum in further support of its motion to dismiss not to exceed 50 pages.

Defendant KPMG LLP shall file an individual reply memorandum in further support of its motion to dismiss not to exceed 30 pages.

IT IS SO ORDERED

Dated: July 11, 2011

Mariana R. Pfaelzer

HON. MARIANA R. PFAELZER
UNITED STATES DISTRICT JUDGE