UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

Date: August 1, 2011

**CASE NO: LA11CV02056-MRP (MANx) CHILDREN'S HOSPITAL & MEDICAL CENTER FOUNDATION OF OMAHA ET AL., v. COUNTRYWIDE FINANCIAL CORPORATION ET AL.,**

==========================================================================

PRESENT: THE HONORABLE MARIANA R. PFAELZER, SENIOR U.S. DISTRICT JUDGE

Cynthia Salyer
Courtroom Clerk

Not Reported
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:

Not Present

ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present

**PROCEEDINGS: IN CHAMBERS**

The Court advances the motion hearing scheduled for Monday, August 8, 2011 at 11:00 a.m., to Monday, August 8, 2011 at 10:00 a.m.

MINUTES FORM 11
CIVIL - GEN

Initials of Deputy Clerk cs
TIME: