DIETRICH SIBEN THORPE LLP
DAVID A. THORPE (216498)
9595 Wilshire Boulevard, Suite 200
Beverly Hills, CA 90212
Telephone: 310/300-8450
Facsimile: 310/300-8401
david@dstlegal.com

EDWARD P. DIETRICH (176118)
MATTHEW P. SIBEN (223279)
SHAWN M. HAYS (137971)
2173 Salk Avenue, Suite 250
Carlsbad, CA 92008
Telephone: 760/579-7368
Facsimile: 760/579-7369
edward@dstlegal.com
matthew@dstlegal.com
shawn@dstlegal.com

*Attorneys for Plaintiffs Children's Hospital & Medical Center Foundation of Omaha, Hastings College Foundation, Peter Kiewit Foundation, Weitz Value Fund, Weitz Partners Value Fund, Weitz Hickory Fund, Weitz Balanced Fund, Research Fund, Partners III Opportunity Fund, and Heider-Weitz Limited Partnership*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHILDREN'S HOSPITAL AND MEDICAL CENTER FOUNDATION OF OMAHA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>Defendants. | CASE NO.: CV-11-02056-MRP (MANx)<br><br>**~~[PROPOSED]~~ ORDER SCHEDULING CASE MANAGEMENT CONFERENCE**<br><br>Courtroom: 12<br>Judge: Mariana R. Pfaelzer |

Pursuant to the stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED AS FOLLOWS:

1. A case management conference shall take place before this Court on October 4, 2011 at 1:30 p.m.

2. The parties shall submit a joint case management statement to the Court no later than September 27, 2011.

SO ORDERED.

Dated: September 15, 2011

MARIANA R. PFAELZER
UNITED STATES DISTRICT JUDGE