Lloyd Winawer (SBN 157823)
*lwinawer@goodwinprocter.com*
**GOODWIN PROCTER LLP**
601 South Figueroa Street, 41st Floor
Los Angeles, California 90017-5704
Telephone: 213-426-2500
Facsimile: 213-623-1673

Brian E. Pastuszenski *(Pro Hac Vice)*
*bpastuszenski@goodwinprocter.com*
Alexis L. Shapiro *(Pro Hac Vice)*
*ashapiro@goodwinprocter.com*
Mitchell D. Webber *(Pro Hac Vice)*
*mwebber@goodwinprocter.com*
**GOODWIN PROCTER LLP**
53 State Street
Boston, Massachusetts 02109
Telephone: 617-570-1000
Facsimile: 617-523-1231

*Attorneys for Defendant*
Countrywide Financial Corporation

(additional counsel on signature pages)

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHILDREN'S HOSPITAL & MEDICAL CENTER FOUNDATION OF OMAHA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.<br><br>Defendants. | **CASE NO. CV-11-02056-MRP (MANx)**<br><br>**~~[PROPOSED]~~ ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS' ANSWERS TO PLAINTIFFS' COMPLAINT**<br><br>Courtroom: 12<br>Judge: Mariana R. Pfaelzer |

Based upon the Parties' Stipulation to Extend Time For Defendants' Answers to Plaintiffs' Complaint, dated September 15, 2011, and good cause appearing therefore;

IT IS HEREBY ORDERED as follows:

Defendants shall file their Answers to Plaintiffs' Complaint no later than October 5, 2011.

IT IS SO ORDERED

Dated: September 14, 2011

Mariana R. Pfaelzer

HON. MARIANA R. PFAELZER
UNITED STATES DISTRICT JUDGE