Lloyd Winawer (SBN 157823)
*lwinawer@goodwinprocter.com*
**GOODWIN PROCTER LLP**
601 South Figueroa Street, 41st Floor
Los Angeles, California 90017-5704
Telephone: 213-426-2500
Facsimile: 213-623-1673

Brian E. Pastuszenski *(Pro Hac Vice)*
*bpastuszenski@goodwinprocter.com*
Alexis L. Shapiro *(Pro Hac Vice)*
*ashapiro@goodwinprocter.com*
Mitchell D. Webber *(Pro Hac Vice)*
*mwebber@goodwinprocter.com*
**GOODWIN PROCTER LLP**
53 State Street
Boston, Massachusetts 02109
Telephone: 617-570-1000
Facsimile: 617-523-1231

*Attorneys for Defendant*
Countrywide Financial Corporation

(additional counsel on signature pages)

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

CHILDREN'S HOSPITAL & MEDICAL CENTER FOUNDATION OF OMAHA, et al.,

Plaintiffs,

vs.

COUNTRYWIDE FINANCIAL CORPORATION, et al.

Defendants.

**CASE NO. CV-11-02056-MRP (MANx)**

**~~[PROPOSED]~~ ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS' ANSWERS TO PLAINTIFFS' COMPLAINT**

Courtroom: 12
Judge: Mariana R. Pfaelzer

Based upon the Parties' Stipulation to Extend Time For Defendants' Answers to Plaintiffs' Complaint, dated September 22, 2011, and good cause appearing therefore;

IT IS HEREBY ORDERED as follows:

Defendants shall file their Answers to Plaintiffs' Complaint no later than October 14, 2011.

IT IS SO ORDERED

Dated: September 22, 2011

Mariana R. Pfaelzer

HON. MARIANA R. PFAELZER
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I, Gareth J. Oania, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 601 S. Figueroa Street, 41st Floor, Los Angeles, California, 90017.

On September 22, 2011, I served the following document by placing a true copy thereof in a sealed envelope(s) on the persons listed on the service list below:

**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS' ANSWERS TO PLAINTIFFS' COMPLAINT**

☐ (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

☑ (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed below by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on September 22, 2011, at Los Angeles, California.

| | |
|---|---|
| Gareth J. Oania | |
| (Type or print name) | (Signature) |

## SERVICE LIST

**CHILDREN'S HOSPITAL & MEDICAL CENTER FOUNDATION OF OMAHA, et al. v. COUNTRYWIDE FINANCIAL CORPORATION, et al.**

**CASE NO. CV-11-02056-MRP (MANx)**

| | |
|---|---|
| David Siegel<br>Daniel Lefler<br>Charles Elder<br>Jacob Kreutzer<br>**IRELL & MANELLA LLP**<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067 | *Attorneys for Defendant:*<br>**Angelo R. Mozilo**<br><br>Tel: 310-277-1010<br>Fax: 310-203-7199<br>dsiegel@irell.com<br>dlefler@irell.com<br>celder@irell.com<br>jkreutzer@irell.com |
| Michael C. Tu<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>777 S. Figueroa Street, Suite 3200<br>Los Angeles, California 90017<br><br>Michael D. Torpey<br>Penelope A. Graboys Blair<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>The Orrick Building<br>405 Howard Street<br>San Francisco, California 94105-2669 | *Attorneys for Defendant:*<br>**David Sambol**<br><br>Tel: 213-629-2020<br>Fax: 213-612-2499<br>mtu@orrick.com<br><br>Tel: 415-773-5700<br>Fax: 415-773-5759<br>mtorpey@orrick.com<br>pgraboysblair@orrick.com |
| Shirli Fabbri Weiss<br>**DLA PIPER LLP (US)**<br>401 B Street, Suite 1700<br>San Diego, California 92101-4297<br><br>Nicolas Morgan<br>**DLA PIPER LLP (US)**<br>1999 Avenue of the Stars, Suite 400<br>Los Angeles, California 90067-6022<br><br>David Priebe<br>Jeffrey B. Coopersmith<br>**DLA PIPER LLP (US)**<br>2000 University Avenue<br>East Palo Alto, California 94303-2248 | *Attorneys for Defendant:*<br>**Eric P. Sieracki**<br><br>Tel: 619-699-2700<br>Fax: 619-699-2701<br>shirli.weiss@dlapiper.com<br><br>Tel: 310-595-3000<br>Fax: 310-595-3300<br>nicolas.morgan@dlapiper.com<br><br>Tel: 650-833-2000<br>Fax: 650-833-2001<br>david.priebe@dlapiper.com<br>jeff.coopersmith@dlapiper.com |

| | |
|---|---|
| Gwyn Quillen<br>J. Warren Rissier<br>**BINGHAM MCCUTCHEN LLP**<br>The Water Garden<br>Fourth Floor, North Tower<br>1620 26th Street<br>Santa Monica, California 90404-4060<br><br>Todd E. Gordinier<br>Edward S. Kim<br>**BINGHAM MCCUTCHEN LLP**<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, California 92626-1924 | *Attorneys for Defendant:*<br>**KPMG LLP**<br><br>Tel: 310-907-1000<br>Fax: 310-907-2000<br>gwyn.quillen@bingham.com<br>warren.rissier@bingham.com<br><br>Tel: 714-830-0600<br>Fax: 714-830-0700<br>todd.gordinier@bingham.com<br>edward.kim@bingham.com |
| David A. Thorpe<br>Edward P. Dietrich<br>Matthew P. Siben<br>Shawn M. Hayes<br>**DIETRICH SIBEN THORPE LLP**<br>2173 Salk Avenue, Suite 250<br>Carlsbad, CA 92008 | *Attorneys for Plaintiffs:*<br>**Children's Hospital & Medical Center Foundation of Omaha, Hastings College Foundation, Peter Kiewit Foundation, Weitz Value Fund, Weitz Partners Value Fund, Weitz Hickory Fund, Weitz Balanced Fund, Research Fund, Partners III Opportunity Fund, and Heider Weitz Partnership**<br><br>Tel: 760-579-7368<br>Fax: 760-579-7369<br>david@dstlegal.com<br>edward@dstlegal.com<br>matthew@dstlegal.com<br>shawn@dstlegal.com |