UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

**CASE NO:** Date: November 10, 2011

| | |
|---|---|
| **LA11CV00809-MRP (MANx):** | **STATE TREASURER OF THE STATE OF MICHIGAN v. COUNTRYWIDE FINANCIAL CORPORATION ET AL.,** |
| **LA11CV00811-MRP (MANx)** | **THE FRESNO COUNTY EMPLOYEES' RETIREMENT ASSOCIATION v. COUNTRYWIDE FINANCIAL CORPORATION, ET AL.,** |
| **LA11CV02056-MRP (MANx)** | **CHILDREN'S HOSPITAL AND MEDICAL CENTER FOUNDATION OF OMAHA, ET AL., v. COUNTRYWIDE FINANCIAL CORPORATION, ET AL.,** |

=====================================================================

PRESENT: THE HONORABLE MARIANA R. PFAELZER, SENIOR U.S. DISTRICT JUDGE

| | |
|---|---|
| Cynthia Salyer | Not Reported |
| Courtroom Clerk | Court Reporter |

| | |
|---|---|
| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| Not Present | Not Present |

**PROCEEDINGS: IN CHAMBERS**

The Court has received and reviewed the Second Joint Case Management Report filed on October 25, 2011. The dates are acceptable as submitted.

MINUTES FORM 11
CIVIL - GEN

Initials of Deputy Clerk cs
TIME:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

**CASE NO:** Date: November 10, 2011

| | |
|---|---|
| **LA11CV00809-MRP (MANx):** | **STATE TREASURER OF THE STATE OF MICHIGAN v. COUNTRYWIDE FINANCIAL CORPORATION ET AL.,** |
| **LA11CV00811-MRP (MANx)** | **THE FRESNO COUNTY EMPLOYEES' RETIREMENT ASSOCIATION v. COUNTRYWIDE FINANCIAL CORPORATION, ET AL.,** |
| **LA11CV02056-MRP (MANx)** | **CHILDREN'S HOSPITAL AND MEDICAL CENTER FOUNDATION OF OMAHA, ET AL., v. COUNTRYWIDE FINANCIAL CORPORATION, ET AL.,** |

=================================================================

PRESENT: THE HONORABLE MARIANA R. PFAELZER, SENIOR U.S. DISTRICT JUDGE

| | |
|---|---|
| Cynthia Salyer | Not Reported |
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present Not Present

**PROCEEDINGS: IN CHAMBERS**

The Court has received and reviewed the Second Joint Case Management Report filed on October 25, 2011. The dates are acceptable as submitted.

MINUTES FORM 11
CIVIL - GEN

Initials of Deputy Clerk cs
TIME:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

**CASE NO:** Date: November 10, 2011

| | |
|---|---|
| **LA11CV00809-MRP (MANx):** | **STATE TREASURER OF THE STATE OF MICHIGAN v. COUNTRYWIDE FINANCIAL CORPORATION ET AL.,** |
| **LA11CV00811-MRP (MANx)** | **THE FRESNO COUNTY EMPLOYEES' RETIREMENT ASSOCIATION v. COUNTRYWIDE FINANCIAL CORPORATION, ET AL.,** |
| **LA11CV02056-MRP (MANx)** | **CHILDREN'S HOSPITAL AND MEDICAL CENTER FOUNDATION OF OMAHA, ET AL., v. COUNTRYWIDE FINANCIAL CORPORATION, ET AL.,** |

===========================================================================

PRESENT: THE HONORABLE MARIANA R. PFAELZER, SENIOR U.S. DISTRICT JUDGE

| | |
|---|---|
| Cynthia Salyer | Not Reported |
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present Not Present

**PROCEEDINGS: IN CHAMBERS**

The Court has received and reviewed the Second Joint Case Management Report filed on October 25, 2011. The dates are acceptable as submitted.

MINUTES FORM 11
CIVIL - GEN

Initials of Deputy Clerk cs
TIME: