DIETRICH SIBEN THORPE LLP
DAVID A. THORPE (216498)
9595 Wilshire Boulevard, Suite 200
Beverly Hills, CA 90212
Telephone: 310/300-8450
Facsimile: 310/300-8401
david@dstlegal.com

EDWARD P. DIETRICH (176118)
MATTHEW P. SIBEN (223279)
SHAWN M. HAYS (137971)
2173 Salk Avenue, Suite 250
Carlsbad, CA 92008
Telephone: 760/579-7368
Facsimile: 760/579-7369
edward@dstlegal.com
matthew@dstlegal.com
shawn@dstlegal.com

*Attorneys for Plaintiffs Children's Hospital & Medical Center Foundation of Omaha, Hastings College Foundation, Peter Kiewit Foundation, Weitz Value Fund, Weitz Partners Value Fund, Weitz Hickory Fund, Weitz Balanced Fund, Research Fund, Partners III Opportunity Fund, and Heider-Weitz Limited Partnership*

**[Additional Counsel on Signature Pages]**

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHILDREN'S HOSPITAL & MEDICAL CENTER FOUNDATION OF OMAHA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTRYWIDE FINANCIAL CORPORATION, et al., <br><br> Defendants. | Case No. 11-CV-02056-MRP-MAN <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> Judge: Hon. Mariana R. Pfaelzer <br> Courtroom: 12 |

**WHEREAS,** the parties to the above-captioned action have agreed to dismiss this action with prejudice;

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE** as follows:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiffs hereby dismiss the above-captioned action with prejudice, including without limitation as to all claims asserted and all parties named in the complaint filed in this action on March 10, 2011. Plaintiffs further expressly waive any and all rights of appeal in the above-captioned action, and the parties further agree that each party shall bear its own costs and attorneys' fees.

DATED: April 26, 2012

Respectfully submitted,

**DIETRICH SIBEN THORPE LLP**

By: /s/ David A. Thorpe
David A. Thorpe
david@dstlegal.com
9595 Wilshire Boulevard, Suite 200
Beverly Hills, CA 90212
Telephone: 310/300-8450
Facsimile: 310/300-8401

Edward P. Dietrich (176118)
edward@dstlegal.com
Matthew P. Siben (223279)
matthew@dstlegal.com
Shawn M. Hays (137971)
shawn@dstlegal.com
2173 Salk Avenue, Suite 250
Carlsbad, CA 92008
Telephone: 760/579-7368
Facsimile: 760/579-7369

*Attorneys for Plaintiffs Children's Hospital & Medical Center Foundation of Omaha, Hastings College Foundation, Peter Kiewit Foundation, Weitz Value Fund, Weitz Partners Value Fund, Weitz Hickory Fund, Weitz Balanced Fund, Research Fund, Partners III Opportunity Fund, and Heider-Weitz Limited Partnership*

| | | |
|---|---|---|
| 1 | DATED: April 26, 2012 | **GOODWIN PROCTER LLP** |
| 2 | | |
| 3 | | By: *Brian E. Pastuszenski* by AT<br>Brian E. Pastuszenski |
| 4 | | *bpastuszenski@goodwinprocter.com*<br>Alexis L. Shapiro |
| 5 | | *ashapiro@goodwinprocter.com*<br>Exchange Place |
| 6 | | 53 State Street<br>Boston, MA 02109 |
| 7 | | Telephone: (617) 570-1000<br>Facsimile: (617) 523-1231 |
| 8 | | Lloyd Winawer (SBN 157823) |
| 9 | | *lwinawer@goodwinprocter.com*<br>601 S. Figueroa Street, 41st Floor |
| 10 | | Los Angeles, CA 90017<br>Telephone: (213) 426-2500<br>Facsimile: (213) 623-1673 |
| 11 | | |
| 12 | | *Attorneys for Defendant Countrywide Financial Corporation* |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | DATED: April 26, 2012 | **IRELL & MANELLA LLP** |
| 2 | | |
| 3 | | By: *[signature]* David Siegel by DAT |
| 4 | | David Siegel<br>*dsiegel@irell.com*<br>Daniel Lefler |
| 5 | | *dlefler@irell.com*<br>Adam J. Fletcher |
| 6 | | *afletcher@irell.com*<br>Alexander F. Porter |
| 7 | | *aporter@irell.com*<br>1800 Avenue of the Stars, Suite 900 |
| 8 | | Los Angeles, CA 90067<br>Telephone: (310) 277-1010 |
| 9 | | Facsimile: (310) 203-7199 |
| 10 | | *Attorneys for Defendant Angelo R. Mozilo* |

(Lines 11–28 blank)

| | | |
|---|---|---|
| 1 | DATED: April 26, 2012 | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| 2 | | |
| 3 | | By: /s/ Michael C. Tu by MT |
| | | Michael C. Tu |
| 4 | | *mtu@orrick.com* |
| | | 777 S. Figueroa Street, Suite 3200 |
| 5 | | Los Angeles, CA 90017 |
| | | Telephone: (213) 629-2020 |
| 6 | | Facsimile: (213) 612-2499 |
| 7 | | Michael D. Torpey |
| | | *mtorpey@orrick.com* |
| 8 | | The Orrick Building |
| | | 405 Howard Street |
| 9 | | San Francisco, CA 94105-2669 |
| | | Telephone: (415) 773-5700 |
| 10 | | Facsimile: (415) 773-5759 |
| 11 | | Charles J. Ha |
| 12 | | *charlesha@orrick.com* |
| | | Lori Lynn Phillips |
| 13 | | *lphillips@orrick.com* |
| | | 701 5th Avenue |
| 14 | | Suite 5600 |
| | | Seattle, WA 98104-7097 |
| 15 | | Telephone: (206) 839-4300 |
| 16 | | Facsimile: (206) 839-4301 |
| 17 | | *Attorneys for Defendant David Sambol* |

| | | |
|---|---|---|
| 1 | DATED: April 26, 2012 | **DLA PIPER LLP (US)** |
| 2 | | |
| 3 | | By: /s/ Shirli Fabbri Weiss by DAT |
| | | Shirli Fabbri Weiss |
| 4 | | *shirli.weiss@dlapiper.com* |
| | | 401 B Street, Suite 1700 |
| 5 | | San Diego, CA 92101-4297 |
| | | Telephone: (619) 699-2700 |
| 6 | | Facsimile: (619) 699-2701 |
| 7 | | Nicolas Morgan |
| 8 | | *nicolas.morgan@dlapiper.com* |
| | | 1999 Avenue of the Stars, Suite 400 |
| 9 | | Los Angeles, CA 90067-6022 |
| | | Telephone: (310) 595-3000 |
| 10 | | Facsimile: (310) 595-3300 |
| 11 | | David Priebe |
| 12 | | *david.priebe@dlapiper.com* |
| | | Rajiv S Dharnidharka |
| 13 | | *rajiv.dharnidharka@dlapiper.com* |
| 14 | | 2000 University Avenue |
| | | East Palo Alto, CA 94303-2248 |
| 15 | | Telephone: (650) 833-2000 |
| | | Facsimile: (650) 833-2001 |
| 16 | | |
| 17 | | *Attorneys for Defendant Eric P. Sieracki* |