JS-6

DIETRICH SIBEN THORPE LLP
DAVID A. THORPE (216498)
9595 Wilshire Boulevard, Suite 200
Beverly Hills, CA  90212
Telephone: 310/300-8450
Facsimile:  310/300-8401
david@dstlegal.com

EDWARD P. DIETRICH (176118)
MATTHEW P. SIBEN (223279)
SHAWN M. HAYS (137971)
2173 Salk Avenue, Suite 250
Carlsbad, CA  92008
Telephone: 760/579-7368
Facsimile:  760/579-7369
edward@dstlegal.com
matthew@dstlegal.com
shawn@dstlegal.com

*Attorneys for Plaintiffs Children's Hospital*
*& Medical Center Foundation of Omaha,*
*Hastings College Foundation, Peter Kiewit Foundation,*
*Weitz Value Fund, Weitz Partners Value Fund,*
*Weitz Hickory Fund, Weitz Balanced Fund,*
*Research Fund, Partners III Opportunity Fund,*
*and Heider-Weitz Limited Partnership*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHILDREN'S HOSPITAL AND MEDICAL CENTER FOUNDATION OF OMAHA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTRYWIDE FINANCIAL CORPORATION, et al., <br><br> Defendants. | CASE NO.:  CV-11-02056-MRP (MANx) <br><br> **[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** <br><br> Courtroom:  12 <br> Judge:  Mariana R. Pfaelzer |

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

1         Pursuant to the Stipulation of Dismissal with Prejudice (the "Stipulation"), filed

2   on April 26, 2012, and good cause appearing,

3         IT IS HEREBY ORDERED AS FOLLOWS:

4         Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the

5   above-captioned action is dismissed with prejudice, including without limitation as to

6   all claims asserted and all parties named in the complaint filed in this action on March

7   10, 2011.  Pursuant to the Stipulation, Plaintiffs expressly waive any and all rights of

8   appeal in the above-captioned action, and each party shall bear its own costs and

9   attorneys' fees.

10         SO ORDERED.

11

12   Dated:  April 30, 2012

                    MARIANA R. PFAELZER
                    UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

1